

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00508-CV

Judith Ann Neuse and all Occupants of 2115 Ichabod Ln, Edinburg, TX 78539
v.
Nationstar Mortgage, LLC

On Appeal from the
County Court at Law No. 8 of Hidalgo County, Texas
Trial Cause No. CL-16-0223-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed.  The Court orders the appeal DISMISSED in accordance with its opinion.  Costs of the appeal are adjudged against appellant, Russel Glenn Neuse, although he is exempt from payment due to his inability to pay costs.

We further order this decision certified below for observance.

October 18, 2018